

<b>Yusha D. Hiraman</b><br>212.915.5252 (direct)<br>Yusha.Hiraman@wilsonelser.com

March 24, 2023

<u>**Via ECF**</u>
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **Dr. Carol Allen v. Long Island University**
               **Docket No. 1:22-CV-6404 (DLI) (PK)**
               <u>**Our File No. 22643.00029**</u>

Dear Judge Kuo:

Our office represents Defendant Long Island University in the above-referenced matter. Pursuant to Your Honor's Rules I(A) and III(C), we respectfully write to inform the Court that the Parties have reached a settlement in principle. As a result, the Parties jointly and respectfully write to request that all remaining deadlines be adjourned *sine die*, pending the filing of a stipulation of dismissal within 30 days of this letter.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

_____
Nancy V. Wright
Yusha D. Hiraman