UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DR. CAROL ALLEN,                      :                 **Docket No.**
                                        :      1:22-CV-06404 (DLI) (PK)

                    Plaintiff,       :

                                          :

         - against –           :    **STIPULATION OF DISMISSAL**
                                        :        **WITH PREJUDICE**

LONG ISLAND UNIVERSITY,        :

                                          :

                    Defendant.   :

------------------------------------------------------------- X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person, not a party has an interest in the subject matter of this action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

      **IT IS FURTHER STIPULATED AND AGREED** that this situation may be executed in counterparts and facsimile signatures shall be deemed origin for the purposes of filing.

Dated: _4/14/2023_
**THE LAW OFFICE OF REGINALD ALLEN**
*Attorneys of Plaintiff*

By: _[signature]_
Reginald Allen, Esq.
7601 Crittenden Street, 1-12
Philadelphia, Pennsylvania 19118
Phone Number
Fax Number

Dated: _4/24/2023_
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
*Attorneys of Defendant*

By: _[signature]_
Nancy V. Wright, Esq.
Yusha D. Hiraman, Esq.
150 East 42nd Street
New York, New York 10017-5639
T: (212) 490 - 3000
F: (212) 490 - 3038